# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAROL REED Individually and )<br>as Special Representative of the ESTATE OF )<br>JAROLD M. REED, deceased )<br> )<br>Plaintiff, )<br> )<br> )<br>v. )<br> )<br> )<br>SYNGENTA CROP PROTECTION, LLC, )<br>SYNGENTA AG, and CHEVRON U.S.A, )<br>INC., )<br> )<br>Defendants. ) | Case No.: 3:24-pq-02577<br><br><u>JURY TRIAL DEMANDED</u> |

## ORDER

THIS MATTER coming to be heard on CAROL REED Verified Motion to Appoint Special Representative, due notice given, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED:**

CAROL REED' Motion is GRANTED and CAROL REED is hereby appointed Special Representative of the Estate of JAROLD M. REED, deceased, for the sole purpose of prosecuting this survival action.

ENTERED:

Dated: _____

By: _____
          JUDGE